UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KING,<br><br>  Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, *et al.*,<br><br>  Defendants. | Case No. 21-cv-02839-SI<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION;**<br>**--DIRECTING PLAINTIFF TO NOTIFY THE CLERK'S OFFICE OF ADDRESS FOR DEFENDANT DEPARTMENT OF MOTOR VEHICLES (DMV);**<br>**--DIRECTING CLERK TO ADD DEFENDANT DMV TO THE DOCKET;**<br>**--DIRECTING SERVICE ON DMV; AND**<br>**--VACATING BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 39, 40 |

Plaintiff filed an amended complaint on December 20, 2021. The amended complaint added the California Department of Motor Vehicles ("DMV") as a defendant, but omitted the DMV from the caption and thus the Clerk's office was not aware of the DMV's inclusion in this case. The Court directs the Clerk to add the DMV to the docket. **No later than February 16, plaintiff shall notify the Clerk of the DMV's address, as the amended complaint does not contain that information.** Once the Clerk has received that information from plaintiff, the Clerk shall issue a summons to the DMV, and the U.S. Marshal will serve the amended complaint and the summons on the DMV.

In the interest of judicial efficiency, the Court VACATES the current briefing schedule and hearing on the motion to dismiss the amended complaint filed by the Alameda County Department

of Child Support Services. After the DMV is served, makes an appearance, and responds to the amended complaint, the Court will set a new schedule on the pending motion to dismiss.

**IT IS SO ORDERED**.

Dated: February 7, 2022

_____
SUSAN ILLSTON
United States District Judge