UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KING,<br><br>        Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, *et al.*,<br><br>        Defendants. | Case No. 21-cv-02839-SI<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION AND SETTING NEW SCHEDULE**<br><br>Re: Dkt. No. 49 |

Plaintiff Troy King has requested an extension of time until July 1, 2022, to file his opposition to defendants' motions to dismiss the amended complaint. Alameda County does not oppose the request, and the DMV opposes on procedural and substantive grounds.

The Court will grant Mr. King an extension of the briefing deadline to July 1, 2022. The Court advises Mr. King that this is the final extension of the briefing deadline, as one of the motions to dismiss has been pending since January 2022, and the Court has granted previous extensions.

The new schedule is as follows: plaintiff's opposition is due July 1, 2022; defendants' replies are due July 11, 2022, and the hearing is scheduled for August 26, 2022 via zoom.

**IT IS SO ORDERED**.

Dated: June 7, 2022

_____
SUSAN ILLSTON
United States District Judge