UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KING,<br><br>        Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, *et al*.,<br><br>        Defendants. | Case No. 21-cv-02839-SI<br><br>**JUDGMENT** |

The Court has dismissed the first amended complaint without leave to amend. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 26, 2022

SUSAN ILLSTON
United States District Judge