UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KING,<br><br>   Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, *et al*.,<br><br>   Defendants. | Case No. 21-cv-02839-SI<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS FOR APPEAL**<br><br>Re: Dkt. No. 60 |

The Court dismissed the first amended complaint because plaintiff's claims against the California Department of Motor Vehicles are barred by Eleventh Amendment immunity and his claims against the Alameda County Department of Child Support Services are barred in part by the *Rooker-Feldman* doctrine and otherwise fail to state a claim. The Court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for plaintiff on appeal. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**.

Dated: November 18, 2022

                _____
                SUSAN ILLSTON
                United States District Judge